IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 11-cv-01960-LTB-BNB

In re Application of CANTOR FITZGERALD
EUROPE and CANTOR FITZGERALD
(HONG KONG) CAPITAL MARKETS
LIMITED for an Order Pursuant to 28 U.S.C. §
1782 To Conduct Discovery for Use in a Foreign
Proceeding

_____

ORDER GRANTING EX PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782(a)
TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING
_____

THIS MATTER, having been opened to the Court by Davis Graham & Stubbs LLP, attorneys for Cantor Fitzgerald Europe and Cantor Fitzgerald (Hong Kong) Capital Markets Limited (collectively, "Cantor"), pursuant to 28 U.S.C. § 1782(a), for an Order granting Cantor's *Ex Parte* Application to Conduct Discovery for Use in a Foreign Proceeding, and the Court having considered the Declaration of Thomas C. Bell, Esq. and Brief submitted in support of the Application; and for good cause shown:

IT IS on this   1st   day of   August  , 2011,

ORDERED that:

1.      Cantor's *Ex Parte* Application Pursuant to 28 U.S.C. § 1782(a) to Conduct Discovery for Use in a Foreign Proceeding is hereby **GRANTED**; and

2.      Cantor is authorized to serve a Subpoena Duces Tecum and Ad Testificandum, in accordance with Federal Rule of Civil Procedure 45 and in the form attached as Exhibit 1 to the Declaration of Thomas C. Bell, Esq., on Bradford Ainslie, a United States citizen with a residence

at 250 Hillside Drive, Steamboat Springs, Colorado 80487, whose deposition shall be taken by an individual authorized to administer oaths by the laws of the United States or the State of Colorado.

By:    s/Lewis T. Babcock
      U.S. District Court Judge