IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 11-cv-01960-LTB-BNB

In re Application of
CANTOR FITZGERALD EUROPE and
CANTOR FITZGERALD (HONG KONG)
CAPITAL MARKETS LIMITED for an Order
Pursuant to 28 U.S.C. § 1782 To Conduct Discovery
for Use in a Foreign Proceeding

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Stipulation of Dismissal Without Prejudice (Doc 15 - filed November 30, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED: December 1, 2011